**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   LEON LEE MEYERS,                      No. C-11-4282 TEH (PR)

12                   Plaintiff,
                                          ORDER EXTENDING TIME TO PAY
13          v.                            FILING FEE OR FILE IN FORMA
                                          PAUPERIS APPLICATION
14   JOSEPH HURLEY, et al.,

15                   Defendants.
                                    /
16

17

18          This is a civil rights action filed pursuant to 42 U.S.C.

19   § 1983 by a pro se state prisoner on August 31, 2011.  The Court

20   notified Plaintiff in writing at that time that the action was

21   deficient because he had filed to pay the $350.00 filing fee or file

22   an in forma pauperis application.  Plaintiff was advised that

23   failure to pay the filing fee or file the requested items within

24   thirty (30) days would result in dismissal of the action.

25          Plaintiff has filed a letter with the Court seeking the

26   court's assistance with payment of the filing fee.  Doc. #4.  It is

27   Plaintiff's responsibility to arrange for payment.  Plaintiff is

28

1   granted an extension of time until November 4, 2011 to either pay

2   the filing fee or file an <u>in forma pauperis</u> application.

3          IT IS SO ORDERED.

4

5   DATED      _10/4/2011_          _____

6                                  THELTON E. HENDERSON
                                   United States District Judge

7

8

9

10

       G:\PRO-SE\TEH\CR.11\Meyers-11-2482-eot-ifp.wpd

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                      **2**