IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEON LEE MEYERS,

    Plaintiff,

    v.

JOSEPH HURLEY, et al.,

    Defendants.
_____/

No. C-11-4282 TEH (PR)

ORDER REGARDING PLAINTIFF'S LETTER RE: FEES DUE ON APPEAL

    Plaintiff, a California state prisoner, filed a <u>pro se</u> civil rights action pursuant to 42 U.S.C. § 1983 alleging that numerous errors during his 2006-2007 criminal trial violated his constitutional rights and that these errors constituted a violation of Title II of the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101 <u>et seq</u>. ("ADA"). On April 9, 2012, the Court dismissed without prejudice to re-filing in a habeas petition Plaintiff's § 1983 claims that challenged the validity of his conviction and dismissed with prejudice his remaining § 1983 claims and his ADA claims. Judgment entered on April 17, 2012.

    On May 8, 2012, Plaintiff filed a notice of appeal to the United States Court of Appeals for the Ninth Circuit. On several

occasions, the Ninth Circuit has informed Plaintiff that he must pay the docketing fee, or file a motion with the Ninth Circuit to proceed in forma pauperis (IFP) or otherwise show cause why the appeal should not be dismissed for failure to prosecute.

On August 13, 2012, Plaintiff submitted a letter to this Court stating that he has filed a completed application to proceed IFP with the Ninth Circuit. He states that he wants to know if the prison has delivered this application and asks this Court to send him "a Court docket in this matter."

Because Plaintiff's complaint was dismissed and judgment entered, this Court no longer has jurisdiction over it. Furthermore, the docket that Plaintiff wishes to see is the docket of his appeal in the Ninth Circuit, not his case in this Court. Plaintiff is advised to send any further requests regarding his docket or his application to proceed IFP directly to the Ninth Circuit.

IT IS SO ORDERED.

DATED  *08/21/2012*

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.11\Meyers-11-4282-ReLtr Re Fees on Appeal.wpd

2